1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada State Bar No. 9635
   BRIAN L. SULLIVAN
3  Assistant United States Attorney
   Nevada State Bar No. 790
4  100 West Liberty Street, Suite 600
   Reno, NV 89501
5  Tel: (775) 784-5438
   E-Mail: Brian.sullivan@usdoj.gov
6  Attorneys for the United States of America

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 0 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

9  UNITED STATES OF AMERICA,            3:17-cr-00116-LRH-WGC

10                 Plaintiff,

11        v.                             INDICTMENT FOR VIOLATION OF:

12  REFUGIO PALOMAR-SANTIAGO,            TITLE 8, UNITED STATES CODE,
    aka Refugio Santiago Palomar,        SECTION 1326(a) – Deported Alien Found
13                                       Unlawfully in the United States
                   Defendant.
14

15  THE GRAND JURY CHARGES THAT:

16        On or about November 24, 2017, in the District of Nevada, REFUGIO PALOMAR-

17  SANTIAGO, aka Refugio Santiago Palomar, defendant herein, an alien who had been previously

18  deported and removed from the United States on or about June 11, 1998, was found in the United

19  States without the express consent of the Attorney General or Secretary of Homeland Security to

20  / / /

21  / / /

22  / / /

23  / / /

24
                                          1

reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

/S/

FOREPERSON OF THE GRAND JURY

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Brian L. Sullivan*

BRIAN L. SULLIVAN
Assistant United States Attorney

2