# Exhibit B

# Notice to Appear

| U.S. Department of Justice | |
|---|---|
| Immigration and Naturalization Service | **Notice to Appear** |

**In removal proceedings under section 240 of the Immigration and Nationality Act**

File No: A92 271 220

In the Matter of:

Respondent: PALOMAR-Santiago        Refugio

45100 N. 60th Street, West
Lancaster, Ca. 93536                                                                                      805-940-3555
(Number, street, city, state and ZIP code)                                                          (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. On February 1,1989, you were granted temporary status in accordance to the Legalization Provisions;
4. On December 1,1990 , you were granted Permanent Resident Status per Legalization Provisions of Section 210 of the Immigration Nationality Act, as Amended;
5. You were on April 16,1991, convicted in the Superior Court of the California, County of Riverside for the offense of Driving under the influence causing injury, in violation of Section VC23153 of the California Vehicle Code;
6. For that offense you were sentenced to confinement for a period of 1 year and 4 months.

"Superseding NTA"

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43) of the Act.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
TO BE CALENDARED BY EOIR
(Complete Address of Immigration Court, Including Room Number, if any)

on ____TO BE SET____ at ____TO BE SET____ to show why you should not be removed from the United States based on the
     (Date)                           (Time)
charge(s) set forth above.

DEPUTY ASSISTANT DISTRICT DIRECTOR, DD&P
(Signature and Title of Issuing Officer)

Date: Apr 14/55?

LOS ANGELES, CALIFORNIA
(City and State)

**See reverse for important information**

- - Form I-862 (Rev. 4-1-97)