# Exhibit C

# Lawful Permanent Resident

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE: LOS ANGELES, CA                                FILE NO: 92271220

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:

NAME: REFUGIO          PALOMAR SANTIAGO          SEX: M

IN CARE OF:                                       BIRTH DATE: 07/04/58

STREET ADDRESS: 85515 BAGDAD                      CTRY OF BIRTH: MEXIC

CITY: COACHELLA        CA 92236                   NATIONALITY: MEXIC

CITY OF BIRTH: JAMAY                              COUNTRY OF LAST RESIDENCE: MEXIC

MARITAL STATUS: M                                 OCCUPATION:

MOTHERS FIRST NAME: EVA                           FATHERS FIRST NAME: ISABEL


UNDER THE FOLLOWING PROVISIONS OF LAW:

(X) SEC 210 (A) OF THE I&N ACT

AS OF: 06/10/91        AT: XLA                    CLASS OF ADM/ADJ: S26

RECOMMENDED BY: AUTO

DATE: 06/10/91

REMARKS:




IMDAC COPY SENT:


FORM I-181 (REV 11-1-88)                                              000085