# EXHIBIT 1

# NOTICE TO APPEAR

# APRIL 14, 1998

| U.S. Department of Justice | |
|---|---|
| Immigration and Naturalization Service | **Notice to Appear** |

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: A92 271 220

In the Matter of:

Respondent: PALOMAR-Santiago        Refugio

45100 N. 60th Street, West
Lancaster, Ca. 93536                                                               805-940-3555
(Number, street, city, state and ZIP code)                                         (Area code and phone number)

☐ 1. You are an arriving alien.
☐ 2. You are an alien present in the United States who has not been admitted or paroled.
☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:
1. You are not a citizen or national of the United States;
2. You are a native of Mexico and a citizen of Mexico;
3. On February 1,1989, you were granted temporary status in accordance to the Legalization Provisions;
4. On December 1,1990, you were granted Permanent Resident Status per Legalization Provisions of Section 210 of the Immigration Nationality Act, as Amended;
5. You were on April 16,1991, convicted in the Superior Court of the California, County of Riverside for the offense of Driving under the influence causing injury, in violation of Section VC23153 of the California Vehicle Code;
6. For that offense you were sentenced to confinement for a period of 1 year and 4 months.

"Superseding NTA"

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in section 101(a)(43) of the Act.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution.

☐ Section 235(b)(1) order was vacated pursuant to:   ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:
TO BE CALENDARED BY EOIR
(Complete Address of Immigration Court, Including Room Number, if any)

on _____TO BE SET_____ at _____TO BE SET_____ to show why you should not be removed from the United States based on the
         (Date)                         (Time)
charge(s) set forth above.

~~DEPUTY~~ ASSISTANT DISTRICT DIRECTOR, DD&P
(Signature and Title of Issuing Officer)

Date: Apr 14, 1994

LOS ANGELES, CALIFORNIA
(City and State)

**See reverse for important information**

- - Form I-862 (Rev. 4-1-97)

See reverse for important information.

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice, to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

**Request for Prompt Hearing**

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____ (Signature of Respondent)

Before: _____ (Signature and Title of INS Officer)

Date: April 20, 1998

**Certificate of Service**

This Notice to Appear was served on the respondent by me on April 20, 1998 (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

[X] in person  [ ] by certified mail, return receipt requested  [ ] by regular mail

[ ] Attached is a list of organizations and attorneys which provide free legal services.

[ ] The alien was provided oral notice in the _____ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____ (Signature of Respondent if Personally Served)

_____ (Signature and Title of Officer)