# EXHIBIT 4

# CUSTODY REDETERMINATION QUESTIONAIRE

# MAY 20, 1998

UNITED STATES IMMIGRATION COURT
MIRA LOMA DETENTION FACILITY
LANCASTER, CALIFORNIA
CUSTODY REDETERMINATION QUESTIONAIRE

DATE 5-20-98

A#: 92 271 220   AGE: 39   NATIONALITY: Mexican
ALIEN'S NAME: Palomar, Santiago
ATTORNEY/WAIVED: Carlos Martinez Cough   TA:
CURRENT BOND: _____   AMOUNT REQUESTED: $2500
BONDED ADDRESS/OWNER: Cochola, CA
MARR. STATUS: Married   VISA, STATUS, IF ANY: LPR
FAMILY IN THE U.S./STATUS: LPR Wife, two U.S. citizen children

LEVEL OF EDUCATION: Elementary school
LAST U.S. EMPLOYMENT & DATES: Rancho La Mona   1996-1998
PRIOR U.S. EMPLOYMENT & DATES: Richard Baltasria   1990-1996
PROPERTY OWNED: N/A
ARRESTS/CONVICTIONS & DATES: April 1991 conviction Dui

SMUGGLING ACTIVITY: N/A
PRIOR INS HISTORY: N/A
PRIOR APPEARANCE/BOND HISTORY: N/A

POSSIBLE WAIVERS: Cancellation of Removal

IMMIGRATION JUDGE'S NOTES: