# EXHIBIT 5

# NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

# MAY 5, 1998

NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE
BEFORE THE OFFICE OF THE IMMIGRATION JUDGE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW

TYPE OF PROCEEDING FOR WHICH I AM ENTERING AN APPEARANCE:
(check only one)
☐ Exclusion
☒ Deportation (Including Bond Redetermination)
☐ Motion to Reopen/Reconsider
☐ Other

DATE 5-4-98

ALIEN NUMBER (list lead alien number and all family member alien numbers if applicable)

A 92-271-220
A _ _
A _ _

I hereby enter my appearance as attorney (or representative) for and at the request of the following named person(s):

NAME  Palomar-Santiago, Refugio

ADDRESS  (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)

Check if Applicable Item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia  Calif. Supreme Court  and am not under a court
(Name of Court)
or administrative agency order suspending, enjoining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____, the attorney of record who previously filed a notice of appearance in this case and my appearance is at his/her request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Other (Explain fully.)

SIGNATURE

*Carlos Martinez Couoh*

NAME (Type or print)
Carlos Martinez Couoh

COMPLETE ADDRESS  ☐ Check here if this is a new address
10505 Hawthorne Blvd.
Lennox, CA  90304

TELEPHONE NUMBER
(310) 330-7999

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO REPRESENTATION BY AND THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY EOIR SYSTEM OF RECORDS:

Carlos Martinez Couoh
(Name of Attorney or Representative)

NAME OF PERSON CONSENTING: Refugio Palomar-Santiago
SIGNATURE OF PERSON CONSENTING: Refuse palome
DATE: 5-4-98

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is or claims to be a citizen of the United States or an alien lawfully admitted for permanent residence.)

FPI-RBK-8/91

FORM EOIR-28
JAN. 89